1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHWEST ADMINISTRATORS, INC.,    )   NO.  C 08 1169 EMC
                                      )
12                 Plaintiff,         )
                                      )   CONSENT TO JURISDICTION
13          vs.                       )   BY  A  UNITED  STATES
                                      )   MAGISTRATE JUDGE
14 J. HIGGINS TRUCKING, etc.,         )
                                      )
15                 Defendant.         )
   _____)
16

17   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18         In accordance with the provisions of Title 28 U.S.C.,

19 Section 636 (c), the undersigned party or parties to the above-

20 captioned civil matter hereby voluntarily consents to have a

21 United States magistrate judge conduct any and all further

22 proceedings in the case, including trial, and order the entry of

23 a final judgment.

24 Dated:    May 28, 2008        ERSKINE & TULLEY

25
                                 By: /s/ Michael J. Carroll
26                                   Michael J. Carroll
                                     Attorneys for Plaintiff
27

28

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE