**United States District Court**
For the Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 NORTHWEST ADMINISTRATORS, INC.,   Case No. C08-1169 EMC
8         Plaintiff,
9     v.   **CLERK'S NOTICE**
10 J. HIGGINS TRUCKING, etc.,
11         Defendant.
12 _____/
13 TO ALL PARTIES AND COUNSEL OF RECORD:
14     YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from
15 June 4, 2008 at 1:30 p.m. to **July 2, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in
16 Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case
17 Management Statement shall be filed by June 25, 2008.    Plaintiff is directed to serve defendant
18 with a copy of this notice.
19 Dated: May 28, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/ Betty Fong_____
Betty Fong
Courtroom Deputy