ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO.  C 08 1169 EMC |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION |
| | ) | FOR ORDER TO CONTINUE |
| vs. | ) | CASE MANAGEMENT |
| | ) | CONFERENCE |
| J. HIGGINS TRUCKING, etc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        Plaintiff, NORTHWEST ADMINISTRATORS, INC., hereby applies

ex parte for an order to continue the Case Management Conference

from  June 4, 2008 to August 6, 2008.

        This ex parte application is based upon the Declaration

of Attorney Michael J. Carroll filed as document.

        Dated:  May 28, 2008

                              Respectfully submitted,

                              ERSKINE & TULLEY


                              By: /s/ Michael J. Carroll
                                  Michael J. Carroll
                                  Attorneys for Plaintiff

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE        1