1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11 NORTHWEST ADMINISTRATORS, INC.   )     NO.  C 08 1169 EMC
                                    )
12             Plaintiff,           )     DECLARATION OF ATTORNEY
          vs.                       )     MICHAEL J. CARROLL IN
13                                  )     SUPPORT OF PLAINTIFF'S
   J. HIGGINS TRUCKING, etc.,       )     EX  PARTE  APPLICATION
14                                  )     FOR ORDER TO CONTINUE
               Defendant.           )     C A S E    M A N A G E M E N T
15 _____  )     CONFERENCE

16

17         I, MICHAEL J. CARROLL, certify:

18         1.  I am an attorney with the law firm of Erskine &

19 Tulley, A Professional Corporation, attorneys for plaintiff,

20 NORTHWEST ADMINISTRATORS, INC.,  in this action.  I am duly

21 admitted to practice law in the United States District Court,

22 Northern District of California.  If called as a witness, I could

23 and would competently testify as follows:

24         2.  Service has not been accomplished upon the defendant

25 in this case.    Defendant's service address is an old run-down

26 home.  The process server is having difficulty in effecting service

27 but continues with their efforts.

28         3.  It is requested that the Court continue the Case

1   Management Conference some sixty days hence.

2        4.   Good cause exists to grant plaintiff's request for a

3   continuance of the Case Management Conference currently set for

4   June 4, 2008 to August 6, 2008 to give plaintiff time to effect

5   service in this case, give defendant time to respond to the

6   complaint and to avoid any unnecessary burden to the Court.

7        I declare under penalty of perjury that the foregoing is

8   true and correct to the best of my knowledge.

9        Executed on May 28, 2008 at San Francisco, California.

10

11                          ___/s/ Michael J. Carroll___
                               Michael J. Carroll

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28