ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO.  C 08 1169 EMC |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| | ) | |
| vs. | ) | |
| | ) | |
| J. HIGGINS TRUCKING, etc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        IT IS ORDERED that the Case Management Conference in this case set for June 4, 2008 be continued to August 6, 2008 at 1:30 p.m. in Courtroom C, 15th Floor, San Francisco, CA.

Dated:_____          _____
                                    Magistrate Judge Edward M. Chen