```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  NORTHWEST ADMINISTRATORS, INC.,   )   NO.  C 08 1169 EMC
                                      )
12                  Plaintiff,        )   ORDER TO CONTINUE CASE
                                      )   MANAGEMENT CONFERENCE
13          vs.                       )
                                      )
14  J. HIGGINS TRUCKING, etc.,        )
                                      )
15                  Defendant.        )
    _____)
16
17       IT IS ORDERED that the Case Management Conference in this
18  case set for June 4, 2008 be continued to August 6, 2008 at 1:30
19  p.m. in Courtroom C, 15th Floor, San Francisco, CA.
20  Dated:_____May 30, 2008____       _____
                                      Magistrate Judge Edward M. Chen
```

*IT IS SO ORDERED* — Judge Edward M. Chen, United States District Court, Northern District of California

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE