**Name and Address:** Jerry Higgins
1420 Van Dykes Ave
SF CA 94124

FILED
08 JUN 12 PM 12:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Erskine & Tulley
**Plaintiff / Petitioner**

VS.

Jerry Higgins
**Defendant / Respondent**

Case No. CV 08 1169 EMC

Document Name: Answer to Complaint

J. HIGGINS TRUCKING
P.O. BOX 24622
SAN FRANCISCO, CA 94131
415-740-2156 OFFICE
415-822-8154 FAX
jhigginstrucking@yahoo.com

---

May 28, 2008

Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Attn: Michael J. Carroll

Dr. Mr. Carroll,

I'm writing this letter in response to the Civil case summons #cv081169 I received May 28, 2008. I find that the are inaccuracies regarding the payment of dues. As of to date the fringe benefits have been paid up until February 2008. I just received the reimbursement check for Nov-Dec. 07, Friday May 16. Because the check comes from out of state, the bank puts a seven day hold on it pending validation. I have included the statements from the payments made to support my story. If you have any further questions or concerns please feel free to contact me.

Sincerely,

Jerry Higgins
Owner



**TEAMSTERS BENEFIT TRUST**

Post Office Box 5820
Fremont, California 94537

39420 Liberty Street, Suite 260
Fremont, California 94538

www.tbt.fund....

Telephone (510) 796-4676 · (800) 533-0119 · FAX (510) 795-0680

May 29, 2008

J Higgins Trucking
Attention: Jerry Higgins
1420 Van Dyke Ave
San Francisco, CA 94124-3233

Account No. 11582

Re: Teamsters Benefit Trust Health and Welfare contributions

Dear Employer:

As per your request, this is confirmation that account #11582 is current for health and welfare contributions through February 2008 hours.

If you have any questions, please contact me at (510)796-4676 ext 212.

Sincerely,

*[signature]*

Daisy Erediano
*Administration Office*

# NOR CAL CONSTRUCTION TEAMSTERS
# SUPPLEMENTAL DUES FUND

39420 Liberty Street, Suite 260, Fremont, California 94538 • P.O. Box 5820, Fremont, California 94537
(510) 796-4676 • (800) 533-0119 • FAX (510) 795-0680

May 29, 2008

J Higgins Trucking                                                     Account No.: 11582
Attn: Jerry Higgins
1420 Van Dyke Ave
San Francisco, CA 94124-3233

Re:   **Nor Cal Construction Teamsters Supplemental Dues**

Dear Mr. Higgins,

As per your request, this is confirmation that account #11582 is current for Supplemental Dues through February 2008 hours.

If you have any questions, please do not hesitate to contact me at one of the numbers above, extension 212.

Sincerely,

Daisy Erediano
Accounting Department

C:\Documents and Settings\daisy\My Documents\Supplemental dues - balance notice.doc



NANCY GOODELL

June 10, 2008

MEMORANDUM

TO:     FELITA

FROM:   NANCY GOODELL

RE:     JERRY HIGGINS TRUCKING  ACCT# 102195 & 315672

Please be advised that Jerry Higgins Trucking has contributions paid through February 2008 to the Western Conference of Teamsters Pension Trust for Acct# 315672. The Northern California Apprentice Training Trust Acct# 102195 has contributions paid through February 2008.

Sincerely,

*Nancy Goodell*
Nancy Goodell
Northwest Administrators

355 GELLERT BLVD., STE. 100, DALY CITY, CA 94015-2666
(650) 488-2122 DIRECT — (650) 570-6217 FACSIMILE