```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>J HIGGINS TRUCKING, a California corporation also known as JERRY HIGGINS TRUCKING<br><br>Defendants. | NO.  C 08 1169 EMC<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>CASE MANAGEMENT CONFERENCE<br>DATE: 8/6/08<br>TIME: 1:30 p.m. |

The plaintiff's counsel and the pro per defendant, Jerry Higgins have conferred and report the status of this case as follows:

Defendant has made substantial payments of its pension contributions. Just one month remains delinquent. Defendant hopes to make payment before the hearing. Liquidated damages, interest, and costs will also be paid as soon as possible.

Respectfully submitted.

JOINT CASE MANAGEMENT STATEMENT

1

1 | DATED: July 29, 2008

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
Michael J. Carroll
Attorneys for Plaintiff

5 | Dated: July 29, 2008

By: _____
Jerry Higgins
Defendant

JOINT CASE MANAGEMENT STATEMENT

2