**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 6, 2008

**Case No:** C08-1169 EMC                              **Time:** 1:33-1:35 p.m.

**Case Name:** Northwest Administrators v. J. Higgins Trucking

    **Attorneys:**   Michael Carroll for Plaintiff
                         J. Higgins for Defendant (pro se)

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held

**ORDERED AFTER HEARING:** Defendant has been paying. Further Status set for 10/8/08 at 2:30 p.m.

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:** 10/8/2008 at 2:30 p.m. for Status Conference

cc: EMC