UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C-08-1169 EMC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED** |
| J. HIGGINS TRUCKING, | |
| Defendant. _____/ | |

Defendant J. Higgins Trucking, a corporation, has not yet appeared through an attorney. Under Civil Local Rule 3-9(b), a corporation cannot be represented in federal court by an individual, but must be represented by an attorney.

Should this case not resolve by way of settlement, Defendant must retain an attorney to represent it in these proceedings. If it fails to do so, Defendant shall show cause why default should not be entered against it. The hearing on this Order to Show Cause shall be held on December 3, 2008 at 1:30 p.m. Either party may file papers in regard thereto no later than December 1, 2008.

IT IS SO ORDERED.

Dated: October 8, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C-08-1169 EMC |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| J. HIGGINS TRUCKING, | |
| Defendant. _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

J. Higgins Trucking  
Attn: Jerry Higgins  
1420 Van Dyke Avenue  
San Francisco, CA  94124-3233

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING ("E-FILING")*

Dated:  October 8, 2008        RICHARD W. WIEKING, CLERK

By: _____  
Betty Fong  
Deputy Clerk